MAX FEINMAN, Respondent, *v.* ELKA RUBENSTEIN, Appellant.

(Argued April 26, 1934; decided May 22, 1934.)

*F. A. W. Ireland* for appellant.

*William A. Hyman* and *Harold W. Hayman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CRANE and CROUCH, JJ., on the ground plaintiff was guilty of contributory negligence as a matter of law.